UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MIRIAM PRESA ALFONSO AKA
MIRIAM PRESA AKA MIRIAM
PRESA-ALFONSO AKA MIRIAM
ALFONSO AKA MIRIAM P ALFONSO
AKA MIRIAM PRESA ALFONSO

CASE NO. 14-23676-LMI
CHAPTER 13

Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN of the appearance of DOUGLAS C. ZAHM, P.A., as counsel for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR1, a creditor in the above-styled cause.  Pursuant to Bankruptcy Rule 2002, Counsel requests copies of all pleadings and notices to creditors or other parties in interest be addressed to DOUGLAS C. ZAHM, P.A., 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, and pursuant to Bankruptcy Rule 2002(g), requests Counsel's name and address be added to the Clerk's matrix list of creditors.

Douglas C. Zahm, P.A.
Email Address: bk@dczahm.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By:  /S/  Kenneth W. Lockwood

Kenneth W. Lockwood
FBN #16722

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2910(d) and (2).

      I FURTHER CERTIFY that a true and correct copy of the Notice of Appearance and Request for Notice was served as follows:

      The parties identified below were served by NEF on June 19, 2014.

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL 33012

NANCY NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE
SUITE 1204
MIAMI, FL 33130

      The parties identified below were served by U.S. Mail on June 19, 2014.

MIRIAM PRESA ALFONSO
8543 NW 7TH STREET #31
MIAMI, FL 33126

      Douglas C. Zahm, P.A.
      Email Address: bk@dczahm.com
      12425 28th Street North, Suite 200
      St. Petersburg, FL 33716
      Telephone No. (727) 536-4911
      Attorney for the Movant

      By:  /S/  Kenneth W. Lockwood

**Kenneth W. Lockwood**
FBN #16722