

Address    Owner Name    Folio

# SEARCH:

8543 nw 7 st    Suite

Back to Search Results

## PROPERTY INFORMATION

**Folio:** 30-3053-032-0210

**Sub-Division:**
FLORIDA 2000 CONDO

**Property Address**
8543 NW 7 ST 31
Miami , FL 33126-8338

**Owner**
MIRIAM P ALFONSO

**Mailing Address**
8543 NW 7 ST #31
MIAMI , FL 33126-8338

**Primary Zone**
3800 MULTI-FAMILY - 22-37 U/A

**Primary Land Use**
0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL

**Beds / Baths / Half**    0 / 0 / 0

**Floors**    0

**Living Units**    0

**Actual Area**

| | |
|---|---|
| **Living Area** | 1,648 Sq.Ft |
| **Adjusted Area** | 1,648 Sq.Ft |
| **Lot Size** | 0 Sq.Ft |
| **Year Built** | 1980 |



### Featured Online Tools

Additional Online Tools
(http://www.miamidade.gov/pa/online_tools.asp)

Glossary (http://www.miamidade.gov/pa/glossary.asp)

Comparable Sales

Environmental Considerations
(http://gisweb.miamidade.gov/environmentalconsiderations/default.asp?searchtype=address&paramvalue=8543 NW 7 ST)

Property Record Cards
(http://www.miamidade.gov/PaPortal/PRC/CreatePRCmain.aspx)

Property Search Help (http://www.miamidade.gov/pa/property-search-help.asp)

Report Discrepancies (http://www.miamidade.gov/pa/email/ASP/formNew.asp)

Report Homestead Fraud (http://www.miamidade.gov/paportal/HomesteadFraud/HomesteadFraud.aspx)

Tax Comparison (http://www.miamidade.gov/PAPortal/Taxes/TaxComparison.aspx?folio=3030530320210)

Tax Estimator (http://www.miamidade.gov/PAPortal/Taxes/TaxEstimator.aspx)

TRIM Notice (http://www.miamidade.gov/paportal/trimpdf/MakeTrim.aspx?FolSrch=3030530320210)

View Taxes (https://www.miamidade.county-taxes.com/public/real_estate/parcels/3030530320210)

## ASSESSMENT INFORMATION

| Year | 2013 | 2012 | 2011 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $93,030 | $93,030 | $116,290 |
| Assessed Value | $93,030 | $93,030 | $116,290 |

## TAXABLE VALUE INFORMATION

|  | 2013 | 2012 | 2011 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $43,030 | $43,030 | $66,290 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $68,030 | $68,030 | $91,290 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $43,030 | $43,030 | $66,290 |

## BENEFITS INFORMATION

| Benefit | Type | 2013 | 2012 |
|---|---|---|---|
| **Homestead (http://www.miamidade.gov/pa/exemptions_homestead.asp)** | Exemption | $25,000 | $25,000 | $25 |

**Second Homestead (http://www.miamidade.gov/pa/exemptions_homestead_additional.asp)**    Exemption    $25,000    $25,000    $25

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

FLORIDA 2000 CONDO

UNIT 31 PH 2

UNDIV 1.5078319%

INT IN COMMON ELEMENTS

OFF REC 10797-33

F/A/U 30-3051-032-0210

OR 21707-0877 0803 1

COC 22060-0907 02 2004 1

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page |
|---|---|---|
| 02/01/2004 | $157,000 | 22060-0907 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=22 |
| 08/01/2003 | $150,000 | 21707-0877 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=21 |
| 06/01/1988 | $67,000 | 13712-3694 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=13 |
| 04/01/1981 | $61,900 | 11063-0183 (http://www2.miami-dadeclerk.com/Public-Records/Search.aspx?search=3&Rec_Book=11 |

For more information about the Department of Revenue's Sales Qualification Codes (http://dor.myflorida.com/dor/property/rp/dataformats

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

For inquiries and suggestions email us at http://www.miamidade.gov/pa/email/ASP/formNew.asp (http://www.miamidade.gov/pa/email/ASP/formNew.asp).

Version: 1.0.4

## EXEMPTIONS & BENEFITS

Deployed Military (http://www.miamidade.gov/pa/exemptions_military.asp)

Disability Exemptions (http://www.miamidade.gov/pa/exemptions_disabilities.asp)

Homestead (http://www.miamidade.gov/pa/exemptions_homestead.asp)

Property Search Application - Miami-Dade County                                                                   Page 5 of 6
Case 14-23676-LMI    Doc 23-1    Filed 08/25/14    Page 5 of 6

Institutional (http://www.miamidade.gov/pa/exemptions_institutional.asp)

Senior Citizens (http://www.miamidade.gov/pa/exemptions_homestead_senior.asp)

More > (http://www.miamidade.gov/pa/exemptions.asp)

## Real Estate

40 Yr Building
Re-Certification (http://www.miamidade.gov/pa/property_recertification.asp)

Appealing Your Assessment (http://www.miamidade.gov/pa/appealing_assessment.asp)

Defective Drywall (http://www.miamidade.gov/pa/news_drywall.asp)

Folio Numbers (http://www.miamidade.gov/pa/property_folio_numbers.asp)

Mortgage Fraud (http://www.miamidade.gov/pa/mortgage-fraud.asp)

More > (http://www.miamidade.gov/pa/real_estate.asp)

## Tangible Personal Property

Appealing your Assessment (http://www.miamidade.gov/pa/appealing_assessment.asp)

Assessment Information Search (http://www.miamidade.gov/pa/business_lookup.asp#/)

Exemptions (http://www.miamidade.gov/pa/exemptions_tangible.asp)

Extension Requests (http://www.miamidade.gov/pa/property_tangible_extension.asp)

Filing Returns (http://www.miamidade.gov/pa/exemptions_tangible_filing.asp)

More > (http://www.miamidade.gov/pa/property_tangible.asp)

## Public Records

Address Blocking (http://www.miamidade.gov/pa/public_records_address_block.asp)

Change of Name (http://www.miamidade.gov/pa/public_records_name_change.asp)

Change of Address (http://www.miamidade.gov/pa/address_change.asp)

Change of Ownership & Title (http://www.miamidade.gov/pa/public_records_ownership.asp)

Declaration of Condominium (http://www.miamidade.gov/pa/public_records_condo.asp)

More > (http://www.miamidade.gov/pa/public_records.asp)

## ONLINE TOOLS

Property Search (http://www.miamidade.gov/pa/property_search.asp)

Property Sales (http://www.miamidade.gov/pa/property_sales.asp)

Tax Estimator (http://www.miamidade.gov/pa/tax_estimator/TaxEstimator.asp)

Tax Comparison (http://www.miamidade.gov/pa/tax_estimator/TaxComparisonStart.asp)

Homestead Exemption and Portability (https://www.miamidade.gov/PaPortal/AutoOnlineFile/ExemptionOnlineMainMenu.aspx)

More > (http://www.miamidade.gov/pa/online_tools.asp)

## TAX ROLL ADMINISTRATION

Appealing your Assessment (http://www.miamidade.gov/pa/appealing_assessment.asp)

Reports (http://www.miamidade.gov/pa/reports.asp)

More > (http://www.miamidade.gov/pa/roll-administration.asp)