UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:   Miriam Presa Alfonso                               Case No: 14−23676−LMI
                                                            Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on August 26, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Miriam Presa Alfonso
8543 NW 7th Street #31
Miami, FL 33126-8338

J&M Condo. Management & Maintenance, Inc.
Registered Agent
9600 N.W. 25 St. #5D
Doral, FL 33172

Florida 2000 Condominium Association, Inc.
Beatriz Romero, Treasurer, Director
9600 NW 25th Street, Suite 5-D
Miami, FL 33172

Via Certified Mail:

Florida 2000 Condominium Association, Inc.
Beatriz Romero, Treasurer, Director
9600 NW 25th Street, Suite 5-D
Miami, FL 33172

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
 Robert Sanchez, Esq., FBN#0442161