**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FIFTH AMENDED PLAN**

DEBTOR: Miriam Presa Alfonso    JOINT DEBTOR: _____    CASE NO.: 14-23676-LMI
Last Four Digits of SS# 7570    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 405.69 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775 (Motion to value) = $4425 TOTAL PAID $ 1500
    Balance Due    $ 2925 payable $ 81.25/month (Months 1 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Florida 2000 Condominium Assocation
Address: 9600 NW 25th Street, Suite 5-D
    Miami, FL 33172    Regular Payment    $ 243.74/month (Months 1 to 36 )
Account No: XXXX-FL-8543

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Florida 2000 Condominium Association Account No: xxxx FI-8543 | 8543 NW 7 Street #31, Miami, FL 33126 $93,030.00 | n/a | n/a | n/a | Strip association |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 205.33
    Payable    $ 5.70 /month (Months 1 to 36)

Unsecured Creditors: Pay $ 34.43/month (Months 1 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Americas Servicing Company and Nissan Infiniti and will continue to pay said creditor directly outside the chapter 13 plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.    _____
Attorney for the Debtor    Joint Debtor
Date: 11-12-2014    Date: _____

LF-31 (rev. 01/08/10)