## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov

In Re:

Miriam Presa Alfonso                                           Case No: 14-23676-LMI

Debtor                                                         Chapter 13
_____/

## NOTICE OF PAYMENT CHANGE AND ADDRESS CORRECTION

Attorney Jennifer R. Jorge, Esq. files this Notice of PAYMENT CHANGE in the above captioned case on behalf of CREDITOR, **FLORIDA 2000 CONDOMINIUM ASSOCIATION, INC**. The undersigned files this document to place all parties on notice of the payment changes. The plan payment is incorrect and insufficient to cover the monthly maintenance and debtor is currently delinquent in the monthly maintenance payments.

Please note the association's monthly maintenance dues have changed as follows since the plan was confirmed:

**Year 2014 $243.74**

**Year 2015 $243.74**

As previously noted all future PAYMENTS shall be sent to:

**9600 NW 25th Street**
**Suite 5-D**
**Miami, FL 33172**

**Checks should be payable to: Florida 2000 Condominium Association**

**Memo line should include the Property ID #FL-8543**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Payment Change and Address Correction was filed with the US Bankruptcy Court this 27th day of January, 2015 and served on all parties listed below either electronically or by US Mail.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090(1)

>LAW OFFICE OF JENNIFER R. JORGE, P.A.
>8603 South Dixie Hwy, #209
>Miami, FL 33143
>Tel: 786-615-4630
>Fax: 786-615-4632
>
>By: */s/ Jennifer R. Jorge*
>JENNIFER R. JORGE, ESQ.
>Fla. Bar No: 0149012

Service List:

Miriam P. Alfonso
8543 NW 7th Street, Unit#31
Miami, FL 33126
Email: mpresa7783@yahoo.com

Florida 2000 Condominium Association
9600 NW 25th Street, Suite 5-D
Miami, FL 33172

Robert Sanchez, Esq
Attorney for Debtor
355 W 49th ST
Hialeah, FL 33012
Email: court@bankruptcyclinic.com
Fax: 305.512.9701

Nancy K. Neidich, by Electronic Mail & Fax

U.S. TRUSTEE BY ELECTRONIC MAIL