UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Miriam Presa Alfonso                                Case No: 14-23676-LMI
                                                             Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM #6-1 & 6-2
Filed by Florida 2000 Condominium Association
(Late filed proof of claim and laches)

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐        301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 6-1 | Florida 2000 Condominium Association | $21,582.96 | |

On or about November 11, 2014 Creditor filed a secured proof of claim in the amount of $21,582.96. Per court order #37, Creditor's Secured Lien on the Debtor's real property was valued at $0.00. Said order states: "The Trustee shall not disburse any payments to Lender unless a proof of claim is <u>timely filed</u>." (emphasis added). The bar date for filing a proof of claim was November 5, 2014. Since the claim was filed after the deadline, the Debtor is seeking to strike

LF-24 (rev. 02/15/05)

and disallow the late filed claim.

<u>6-2</u>   Florida 2000 Condominium /
      Association                    $21,582.96

On or about January 20, 2015, Creditor filed an amended secured proof of claim in the amount of $21,582.96. Per court order #37, Creditor's Secured Lien on the Debtor's real property was valued at $0.00. Said order states: "The Trustee shall not disburse any payments to Lender unless a proof of claim is <u>timely filed</u>." (emphasis added). The bar date for filing a proof of claim was November 5, 2014. Since the claim was filed after the deadline, the Debtor is seeking to strike and disallow the late filed claim.

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

<u>11th</u> day of <u>December, 2015</u> to:

Florida 2000 Condominium Association
Beatriz Romero, Treasurer, Director
9600 MW 25th Street, Suite 5−D
Miami, FL 33172

| Jennifer R. Jorge PA | J&M Condo. Manage & Maintenance, Inc. |
| --- | --- |
| 8603 S Dixie Hwy #209 | Registered Agent |
| Miami, FL 33143 | 9600 N.W. 25 St. #5D |
| jennifer@jrjlaw.net | Doral, FL 33172 |

## <u>CERTIFICATE OF ADMISSION</u>

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
    [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)