# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Miriam Presa Alfonso                     Case No: 14-23676-LMI
                                                  Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM #1
### Filed by Atlas Acquisitions LLC

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | Atlas Acquisitions LLC | $1,265.43 | |

On or about June 17, 2014 Creditor filed a general unsecured proof of claim in the amount of $1,265.43 for an alleged credit card account. Said alleged debt was not listed in Debtor's schedules, there is no signed documentation by the Debtor evidencing liability for the alleged debt, and Debtor does not recognize the alleged debt. Undersigned attempted a good faith effort to obtain additional information from Creditor to no avail. Furthermore, the claim reflects an alleged debt that is barred by the statute of limitations. The Debtor requests this claim be stricken and disallowed.

LF-24 (rev. 02/15/05)

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

<u>4th</u> day of <u>January, 2016</u> via US Mail and email to:

Atlas Acquisitions LLC
Avi Schild, President
294 Union St.
Hackensack, NJ 07601
bk@atlasacq.com

HSBC Finance Corporation
c/o Irene Dorner, CEO
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
    [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)