

ORDERED in the Southern District of Florida on January 25, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Miriam Presa Alfonso                              Case No: 14-23676-LMI

                                                           Chapter 13

_____Debtor_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF FLORIDA 2000 CONDOMINIUM ASSOCIATION [CLAIM #6-1 & 6-2]

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of FLORIDA 2000 CONDOMINIUM ASSOCIATION [CLAIM #6-1 & 6-2] [DE # 57   ], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| *FLORIDA 2000 CONDOMINIUM ASSOCIATION* | *6-1 & 6-2* | *The claims of Florida 2000 Condominium Association are stricken and disallowed.* |

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).