UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Miriam Presa Alfonso,            Case No. 14-23676-LMI
    Debtor(s)            Chapter 13
_____/

## NOTICE OF CHANGE OF PAYMENT ADDRESS ON BEHALF OF CREDITOR FLORIDA 2000 CONDOMINIUM ASSOCATION, INC.

COMES NOW the Debtor, Miriam Presa Alfonso, by and through her undersigned counsel and files this Notice of Change of Payment Address on behalf of Creditor, Florida 2000 Condominium Association, Inc.:

    Florida 2000 Condominium Association

    c/o Universe Consultant, Inc., Management Company

    7466 NW 8th Street,

    Miami, FL 33126

I HEREBY CERTIFY that a true and correct copy of the Notice of Change of Address was uploaded via cm/ecf on this February 5, 2016.

    Robert Sanchez, Esq.

    355 West 49 Street
    Hialeah, FL 33012
    Tel. (305)-687-8008

    By: */s/ Robert Sanchez*
    Robert Sanchez, Esquire
    FBN#0442161