UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Miriam Presa Alfonso,                                    Case No. 14-23676-LMI
    Debtor(s)                                            Chapter 13
_____/

## DEBTOR'S MOTION TO MODIFY, EARLY PAY OFF OF CHAPTER 13 PLAN, AND REQUEST FOR DISCHARGE

**COMES NOW,** the Debtor, Miriam Presa Alfonso, by and through her undersigned counsel and files this Motion to Modify, Early Pay Off of Chapter 13 Plan, and Request for Discharge and as grounds states as follows:

1. On or about June 13, 2014 the instant case was filed.

2. On or about December 10, 2014 debtor's fifth amended chapter 13 plan was confirmed.

3. On or about December 2015, the Debtor received proceeds from a personal injury settlement that enables her to pay 100% all allowed, timely-filed claims in her chapter 13 plan.

4. Debtor wishes to modify the plan to pay 100% of all allowed, timely-filed claims.

5. A First Modified Plan will be filed with the Court concurrently with the filing of this motion.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan, Allowing Debtor to Pay Off the Chapter 13 Plan Early, Issue a Discharge Thereafter, and such relief consistent with this request for relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 16th day of March 2016:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161