UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 14-23676-LMI
Chapter 13

Miriam Presa Alfonso
                Debtor(s)/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of Motion to Deem Lien of Florida 2000 Condominium Association (herein "Creditor") Current as of June 10, 2016 in accordance with the Chapter 13 Plan and Notice of Hearing was sent to all interested parties on June 10, 2016 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Miriam Presa Alfonso
8543 NW 7th Street #31
Miami, FL 33126-8338

Douglas C. Zahm, P.A.
c/o Kenneth W. Lockwood
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
bk@dczahm.com

Jennifer R. Jorge PA
c/o Jennifer Jorge, Esq.
8603 S Dixie Hwy #209
Miami, FL 33143
jennifer@jrjlaw.net

Florida 2000 Condominium Association
c/o Universe Consultant, Inc., Management Company
7466 NW 8th Street,
Miami, FL 33126

Florida 2000 Condominium Association
Beatriz Romero, Treasurer, Director
9600 MW 25th Street, Suite 5−D
Miami, FL 33172

J&M Condo. Manage & Maintenance, Inc.
Registered Agent
9600 N.W. 25 St. #5D
Doral, FL 33172

Maria Fernandez-Valle
2301 NW 87th Ave Ste 501
Miami, FL 33172-2411
mfv@mfvlawoffice.net
MFVSTAFF@mfvlawoffice.net

All creditors on the attached creditor matrix.

                            Respectfully Submitted:

                            **ROBERT SANCHEZ, P.A.**
                            Attorney for Debtor
                            355 West 49th Street
                            Hialeah, FL 33012
                            Tel. 305-687-8008

                            By:*/s/ Robert Sanchez*_____
                              Robert Sanchez, Esq., FBN#0442161

```
Amc Mortgage Services        Americas Servicing Co         Asset Acceptance
Po Box 11000                 Po Box 10328                  POB 9065
Santa Ana, CA 92711          Des Moines, IA 50306          Brandon, FL 33509



Cap One                      Capital One Auto Finan        Capital One, N.A.
Po Box 85520                 3901 Dallas Pkwy              Po Box 30273
Richmond, VA 23285           Plano, TX 75093               Salt Lake City, UT 84130



Chase                        Credit Management             Credit Management Lp
Po Box 24696                 4200 International Pkwy       4200 International Pkwy
Columbus, OH 43224           Carrollton, TX 75007          Carrollton, TX 75007



Doctors Business Bur         Florida 2000 Condominium      Gm Financial
202 N Federal Hwy            Association                   Po Box 181145
Lake Worth, FL 33460-3496    9600 MW 25th Street           Arlington, TX 76096
                             Suite 5-D
                             Miami, FL 33172


Internal Revenue Service     Ivone Santiesteban            Jefferson Capital Syst
P.O. BOX 7346                8541 NW 7 Street              16 Mcleland Rd
Philadelphia, PA 19101-      Miami, FL 33126               Saint Cloud, MN 56303
7346
```

```
Md College                  Nissan Motor Acceptance      Nissan-Infiniti Lt
11011 S W 104th Street      Corporation                  2901 Kinwest Pkwy
Miami, FL 33176-3330        POB 660366                   Irving, TX 75063
                            Dallas, TX 75266-0366



Nrs/Receivia                United Automobile Insurance
Po Box 8005                 Company
Cleveland, TN 37320         A/S/O Ivon A Santiesteban
                            c/o Alyson N. Holob, Esq.
                            1313 NW 167 Street
                            Miami, FL 33169
```